AYTAN Y. BELLIN
(admitted *pro hac vice*)
AYTAN.BELLIN@BELLINLAW.COM
BELLIN & ASSOCIATES LLC
85 Miles Avenue
White Plains, New York  10606
Telephone:  (914) 358-5345
Facsimile:   (212) 571-0284

JOSEPH R. COMPOLI, JR.
(admitted *pro hac vice*)
josephcompoli@sbcglobal.net
612 East 185th Street
Cleveland, Ohio  44119
Telephone:  (216) 481-6700
Facsimile:  (216) 481-1047

ROGER FURMAN (STATE BAR NO. 149570)
roger.furman@yahoo.com
7485 Henefer Avenue
Los Angeles, California  90045
Telephone:  (310) 568-0640
Facsimile:  (310) 694-9083

Attorneys for Plaintiffs Michael
Vandervort and U.S. Sample Services, Inc.

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL A. VANDERVORT and U.S. SAMPLE SERVICES, INC., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        vs.<br><br>BALBOA CAPITAL CORPORATION,<br><br>        Defendant. | Case No.:  SACV 11-1578-JST(JPRx)<br>Hon. Josephine Staton Tucker<br><br>**DECLARATION OF AYTAN Y. BELLIN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:  October 5, 2012<br>Time:  2:30 P.M.<br>Judge: Hon. Josephine Staton Tucker |

## <u>DECLARATION OF AYTAN Y. BELLIN</u>

1.     I am an attorney licensed to practice law in New York and New Jersey, am admitted *pro hac vice* to this Court and am the Managing Attorney of the law firm of Bellin & Associates LLC, one of the co-counsel for Plaintiffs Michael A. Vandervort and U.S. Samples, Services, Inc. ("Plaintiffs") in this case.  I have personal knowledge of the matters set forth in this declaration, and could and would testify competently to their truth and accuracy if called as a witness.   I submit this declaration in support of Plaintiffs' motion for Class Certification.

2.     I graduated Yale College, *magna cum laude*, in 1987.  During my three years at Columbia Law School, I earned numerous academic awards and served as an Editor of the Columbia Law Review.  I graduated from Columbia Law School with a J.D. in 1991.

4.     I have significant experience in all stages of the litigation process, from discovery through trial and appeal. One of the concentrations of my practice is representing plaintiffs in class action litigation involving telecommunication consumer protection statutes such as the Telephone Consumer Protection Act, 47 U.S.C. § 227, which is one of the statutes at issue in this case, as well as similar state statutes..

5.     I am currently representing plaintiffs in numerous TCPA class actions in federal courts throughout the United States.   I have received final approval of two TCPA class settlements and was appointed co-class counsel in those cases, which were brought in the United States District Court for the District of Connecticut.  *See Kaye v. WebMD*, 2009 Civ. 1948 (MRK) (D. Conn.); *Kaye v. Aesthera*, 2009 Civ. 1947 (VLB)(D. Conn.).  In the past, I have litigated numerous individual TCPA cases.

6.     I also have significant experience in litigating complex commercial cases in both state and federal courts.

7.     I drafted the instant Motion for Class Certification.  My co-counsel Roger Furman and I researched possible legal claims by Plaintiffs, drafted the Complaint and the First Amended Complaint and drafted Plaintiffs' discovery requests.  My co-counsel, Roger Furman, Joseph Compoli, Jr. and I and I have drafted Plaintiffs' discovery responses.  I conducted six depositions in this case, Roger Furman conducted one deposition and Joseph Compoli, Jr. defended Plaintiffs' deposition.

8.     Roger Furman has been an attorney for decades and has significant experience in complex litigation in the federal Courts.  I have worked as co-counsel with Roger Furman on a number of TCPA class actions.  To my knowledge, Mr. Furman does not have any conflict of interests with any members of the Classes proposed in the instant Motion for Class Certification nor does he have an ownership interest in Defendant.  To my knowledge, Mr. Furman has no interests that might prevent him from vigorously pursuing the interests of the named plaintiff and the plaintiff class members in this action.

9.     I know of no class members who have brought to court claims similar to those brought in this action, other than approximately eight persons who brought one case as co-Plaintiffs, with Joseph R. Compoli, Jr., in the Cuyahoga County Court of Common Pleas in 2010.  I understand that that case was settled.

10.     I have no conflict with any members of the Classes proposed in the instant Motion for Class Certification and do not have an ownership interest in Defendant.  I have no interests which might cause me to not vigorously pursue this action.

11.     Attached as Exhibit 1 is a true and correct copy of the First Amended Complaint in this action with Exhibit.

12.     Attached as Exhibit 2 is a true and correct copy of Baboa Capital Corporations's Response to Plaintiffs' First Set of Interrogatories.

BELLIN DECLARATION

13.     Attached as Exhibit 3 are true and correct copies of pages from the deposition of Andrew Barnett with Exhibits 1, 2, 3 and 4

14.     Attached as Exhibit 4 are true and correct copies of pages from the deposition of Patrick Eugene Byrne.

15.     Attached as Exhibit 5 are true and correct copies of pages from the deposition of Erica Inez Blundo.

16.     Attached as Exhibit 6 are true and correct copies of pages from the deposition of Jake Dacillo with Exhibits A, B, C, D.

17.     Attached as Exhibit 7 are true and correct copies of pages from the deposition of Daniel Horwich.

18.     Attached as Exhibit 8 are true and correct copies of pages from the deposition of Peter Nguyen.

19.     Attached as Exhibit 9 are true and correct copies of pages from Deposition of Jered Takeuchi.

20.     Attached as Exhibit 10 is a true and correct copy of the TCPA Reports' version of the state court decision in *G.M. Sign, Inc. v. 400 Freight Services, Inc.*, 2010 TCPA Rep. 1934 (Ill Cir. 2010).

21.     Attached as Exhibit 11 is a true and correct copy of the TCPA Reports' Version of the state court decision in *Collins v. Lock and Keys of Woburn, Inc.*, 2009 TCPA Rep. 1936 (Mass. Super. 2009).

22.     Attached as Exhibit 12 is a true and correct copy of the parties' Stipulation Concerning Certain Exhibits.

23.     Attached hereto as Exhibit 13 is a true and correct copy of a Certified Copy of a 2010 Complaint in the Cuyahoga County Court of Common Pleas in 2010 with attachments.

24.     Attached hereto as Exhibit 14 is a true and correct copy of the Declaration of Joseph R. Compoli, Jr. in support of Plaintiffs' motion for class certification.

25.     Attached hereto as Exhibit 15 is a true and correct copy of the Declaration of Michael A. Vandervort support of Plaintiffs' motion for class certification.

26.     Attached hereto as Exhibit 16 are true and correct copies of pages from the deposition of Michael A. Vandervort.

27.     Attached hereto as Exhibit 17 is a true and correct copy of the FCC's Amicus Brief in *Nack v. Walburg*, No. 11-1460 dated February 24, 2012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 7, 2012 in White Plains, New York.

/s/ Aytan Y. Bellin

_____
Aytan Y. Bellin