1   AYTAN Y. BELLIN
(admitted *pro hac vice*)
2   AYTAN.BELLIN@BELLINLAW.COM
BELLIN & ASSOCIATES LLC
3   85 Miles Avenue
White Plains, New York  10606
4   Telephone:  (914) 358-5345
Facsimile:   (212) 571-0284
5

6   JOSEPH R. COMPOLI, JR.
(admitted *pro hac vice*)
7   josephcompoli@sbcglobal.net
612 East 185th Street
8   Cleveland, Ohio  44119
Telephone:  (216) 481-6700
9   Facsimile:  (216) 481-1047

10  ROGER FURMAN (STATE BAR NO. 149570)
roger.furman@yahoo.com
11  7485 Henefer Avenue
Los Angeles, California  90045
12  Telephone:  (310) 568-0640
Facsimile:  (310) 694-9083
13

Attorneys for Plaintiffs Michael
14  Vandervort and U.S. Sample Services, Inc.

15              UNITED STATES DISTRICT COURT

16      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

17  MICHAEL A. VANDERVORT and   )
U.S. SAMPLE SERVICES, INC., on )
18  behalf of themselves and all others )   Case No.:  SACV 11-1578-JST(JPRx)
similarly situated,            )   Hon. Josephine Staton Tucker
19                                 )
            Plaintiffs,        )   **[PROPOSED] ORDER CERTIFYING**
20                                 )   **CLASSES AND APPOINTING**
                                  )   **CLASS COUNSEL**
21      vs.                       )
                                  )   Date:  October 5, 2012
22                                 )   Time:  2:30 P.M.
BALBOA CAPITAL               )   Judge: Hon. Josephine Staton Tucker
23  CORPORATION,                 )
                                  )
24          Defendant.           )
                                  )
25                                 )
                                  )
26                                 )
                                  )
27                                 )
                                  )
28                                 )
                                  )

1

ORDER GRANTING MOTION FOR CLASS CERTIFICATION AND APPOINTING CLASS COUNSEL

1    Having reviewed the moving and reply papers filed by PlaintiffS Michael

2  A. Vandervort and U.S. Sample Services, Inc. in support of their Motion for Class

3  Certification, and the papers submitted by Defendant Balboa Capital Corporation

4  in opposition to the Motion,

5    IT IS HEREBY ORDERED that:

6    (1)    Plaintiffs' Motion for Class Certification is GRANTED.

7    (2)    The Court CERTIFIES the following four Classes of Plaintiffs:

8         Class A:  All persons in the United States from October 12, 2007

9         through November 23, 2011 to whom Defendant sent or caused to be

10        sent an *unsolicited* facsimile advertisement that advertised the

11        commercial availability or quality of any property, goods, or

12        services, and contained an opt-out notice identical or substantially

13        similar to that contained on the facsimile advertisement attached as

14        Exhibit 1 to the First Amended Complaint.

15

16        Class B: All persons in the United States from October 12, 2007

17        through November 23, 2011 to whom Defendant sent or caused to be

18        sent a *solicited or unsolicited* facsimile advertisement that advertised

19        the commercial availability or quality of any property, goods, or

20        services, and contained an opt-out notice identical or substantially

21        similar to that contained on the facsimile advertisement attached as

22        Exhibit 1 to the First Amended Complaint.

23

24        Class C:  All persons in the United States from October 12, 2008

25        through November 23, 2011 whom Defendant, from California, sent

26        or  caused  to  be  sent  an  unsolicited  facsimile  advertisement,

27        advertising  the  commercial  availability  or  quality  of  any  property,

28

ORDER GRANTING MOTION FOR CLASS CERTIFICATION AND APPOINTING CLASS COUNSEL

1   goods, or services, without obtaining the persons' express invitation

2   or permission.

3        (3)    The Court APPOINTS named Plaintiffs Michael A. Vandervort and

4               U.S. Sample Services, Inc. as representatives of all three Classes in

5               this action.

6        (4)    The Court APPOINTS Aytan Y. Bellin, Esq., Roger Furman, Esq.,

7               and Joseph R. Compoli, Jr. as counsel of record for all three r

8               Classes in this action.

9   Dated:      __, 2012

10

11                                     Honorable Hon. Josephine Staton Tucker
                                    United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING MOTION FOR CLASS CERTIFICATION AND APPOINTING CLASS COUNSEL