UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 11-1578-JST (JPRx)            Date:  October 4, 2012
Title:  Michael A. Vandervort, et al. v. Balboa Capital Corporation

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                          Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DENYING EX PARTE APPLICATION TO FILE SUR-REPLY (Doc. 50)**

       On October 3, 2012, Defendant Balboa Capital Corporation filed a document styled Defendant's Motion For Leave to File Sur-Reply in Opposition to Plaintiffs' Motion for Class Certification *Instanter*.  (Doc. 50.)  The Court construes this as an *ex parte* application.  *See* C.D. Local Rule 6-1 ("The notice of motion shall be filed with the Clerk not later than twenty-eight (28) days before the date set for hearing . . . .).  The application is DENIED.

                                                           Initials of Preparer:  enm