```
 1  Nancy M. Barnes, Esq.
    (admitted pro hoc vice)
 2  Thompson Hine LLP
    3900 Key Center
 3  127 Public Square
    Cleveland, OH 44114-1291
 4  Tel: (216) 566-5578; Fax: (216) 566-5800
    E-mail:  Nancy.Barnes@thompsonhine.com
 5
    Lance A. Brewer, Esq. CBN 125759
 6  Templeton Briggs, Esq. CBN 59173
    BREWER & BREWER
 7  4533 MacArthur Blvd., Suite 707
    Newport Beach, CA  92660
 8  Tel: (714) 424-6300; Fax: (714) 424-6313
    E-mail: lbrewer@brewer-brewer.com
 9
    Attorneys for Defendant
10  BALBOA CAPITAL CORPORATION
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| MICHAEL A. VANDERVORT and U.S. SAMPLE SERVICES, INC., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>BALBOA CAPITAL CORPORATION,<br><br>    Defendant. | Case Number:<br>SACV11-01578 JST(JPRx)<br><br>NOTICE TO OPPOSING COUNSEL OF EX PARTE APPLICATION FOR AN ORDER EXTENDING DATE FOR FILING A MOTION FOR SUMMARY JUDGMENT |
|---|---|

TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant BALBOA CAPITAL CORPORATION ("BALBOA") hereby makes Application to the Honorable District Court, pursuant to Central District Local Rules 7-19 through 7-20 and this Court's Rule 6, for an extension of time in which to file a Motion for Summary Judgment ("MSJ").

1     A copy of the Application, supporting declaration, and
2 proposed Order is attached hereto.
3
4     PLEASE TAKE FURTHER NOTICE that, per Court Rule 6, any
5 Opposition to this ex parte Application must be filed no
6 later than 24 hours from the date and time the ex parte
7 papers are received by fax.
8
9 DATED: November 8, 2012   BREWER & BREWER
10
11
12                 By: _____
                    Templeton Briggs, Esq.
                    Attorneys for Defendant
13                     Balboa Capital Corporation
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice of Defendant's ex parte Application