**DENIED**
BY ORDER OF THE COURT
NO SHOWING OF GOOD CAUSE

**JOSEPHINE STATON TUCKER**
11/13/12

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL A. VANDERVORT and U.S. SAMPLE SERVICES, INC., on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BALBOA CAPITAL CORPORATION,<br><br>Defendant. | CASE NO. SACV 11-01578 JST (JPRx)<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER EXTENDING DATE FOR FILING A MOTION FOR SUMMARY JUDGMENT** |

The Court, having reviewed the ex parte Application of Defendant BALBOA CAPITAL CORPORATION ("BALBOA") for an extension of time in which to file a Motion for Summary Judgment ("MSJ"), and the Opposition thereto, and finding that the need for this ex parte relief is justified by the showing in the Application, orders, adjudicates and decrees as follows:

1. The relief requested in the ex parte Application is granted.

2. The present dates set by the Court for filing an MSJ of November 16, 2012, and the hearing on December 14, 2012, are vacated.

3. The hearing is rescheduled to January 11, 2013.

4. The MSJ must be filed on December __, 2012.

1
Order Granting Application for Extension re: MSJ

5. Any Opposition to the MSJ must be filed no later than December __, 2012, and any Reply no later than December __, 2012.

IT IS SO ORDERED, ADJUDICATED AND DECREED.

Dated:

                                               DENIED
                                  HON.  JOSEPHINE S. TUCKER
                                  UNITED STATES DISTRICT JUDGE