AYTAN Y. BELLIN
(admitted *pro hac vice*)
AYTAN.BELLIN@BELLINLAW.COM
BELLIN & ASSOCIATES LLC
85 Miles Avenue
White Plains, New York  10606
Telephone:  (914) 358-5345
Facsimile:   (212) 571-0284

JOSEPH R. COMPOLI, JR.
(admitted *pro hac vice*)
josephcompoli@sbcglobal.net
612 East 185th Street
Cleveland, Ohio  44119
Telephone:  (216) 481-6700
Facsimile:   (216) 481-1047

ROGER FURMAN (STATE BAR NO. 149570)
roger.furman@yahoo.com
7485 Henefer Avenue
Los Angeles, California  90045
Telephone:  (310) 568-0640
Facsimile:   (310) 694-9083

Attorneys for Plaintiffs Michael
Vandervort and U.S. Sample Services, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL A. VANDERVORT and U.S. SAMPLE SERVICES, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BALBOA CAPITAL CORPORATION,<br><br>Defendant. | Case No.:  SACV 11-1578-JST(JPRx)<br>Hon. Josephine Staton Tucker<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  December 14, 2012<br>Time:  2:30 P.M.<br>Judge: Hon. Josephine Staton Tucker |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  PLEASE TAKE NOTICE THAT on Friday, December 14, 2012, at 2:30 P.M., or as soon thereafter as counsel may be heard, plaintiffs Michael A. Vandervort and U.S. Sample Services, Inc. (collectively, "Plaintiffs") will move this Court, before the Honorable Josephine Staton Tucker, in Courtroom 10A of the United States District Court, Central District of California, Southern Division, 411 West Fourth Street, Santa Ana, California 92701 for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, (1) in favor of Plaintiffs and class B certified by this Court, and against Defendant Balboa Capital Corporation ("Balboa"), on the Second and Third Claims in their First Amended Complaint, and (2) in favor of Plaintiffs individually and against Balboa, on the Fourth and Fifth Claims in their First Amended Complaint.

  Plaintiffs and class B make this motion on the grounds that the opt-out notice on all of the fax advertisements sent on behalf of Balboa to Plaintiffs and to class B is defective under section 227(b)(2)(D) of the federal Telephone Consumer Protection Act and 47 C.F.R. § 64.1200(a)(3)(iii).  Plaintiffs request that the Court (a) award Plaintiffs and class B statutory, strict liability damages of $500 per violation for each of the fax advertisements that Balboa caused to be sent to class B during the applicable class period, and (b) issue an injunction prohibiting Balboa from committing further violations of the TCPA.

  Plaintiffs also make this motion in their individual capacities on the grounds that Balboa sent them an unsolicited fax advertisement in violation of Cal. Bus. & Profs. Code § 17538.43(b).  Plaintiffs request that the Court (a) award Plaintiffs statutory, strict liability damages of $500, and (b) issue an injunction prohibiting Balboa from committing further violations of Bus. & Profs. Code § 17538.43.

  This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on November 7-8, 2012.

1 | Plaintiffs base this motion upon this Notice of Motion and the accompanying Memorandum of Points and Authorities, Declaration of Aytan Y. Bellin and Exhibits attached thereto (including the Declaration of Michael A. Vandervort), Proposed Statement of Uncontroverted Facts and Conclusions of Law, and Proposed Judgment, as well as on the pleadings and other records on file and any additional matter this Court may consider.

Dated: November 16, 2012

      /s/ Aytan Y. Bellin
AYTAN Y. BELLIN, ESQ.
BELLIN & ASSOCIATES

ROGER FURMAN, ESQ.

JOSEPH R. COMPOLI, JR., ESQ.

Attorneys for plaintiffs Michael A. Vandervort and U.S. Sample Services, Inc., on behalf of themselves and all others similarly situated

PLAINTIFFS' NOTICE OF MOTION FOR SUMMARY JUDGMENT