AYTAN Y. BELLIN
(admitted *pro hac vice*)
AYTAN.BELLIN@BELLINLAW.COM
BELLIN & ASSOCIATES LLC
85 Miles Avenue
White Plains, New York 10606
Telephone: (914) 358-5345
Facsimile: (212) 571-0284

JOSEPH R. COMPOLI, JR.
(admitted *pro hac vice*)
josephcompoli@sbcglobal.net
612 East 185th Street
Cleveland, Ohio 44119
Telephone: (216) 481-6700
Facsimile: (216) 481-1047

ROGER FURMAN (STATE BAR NO. 149570)
roger.furman@yahoo.com
7485 Henefer Avenue
Los Angeles, California 90045
Telephone: (310) 568-0640
Facsimile: (310) 694-9083

Attorneys for Plaintiffs Michael Vandervort and U.S. Sample Services, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL A. VANDERVORT and U.S. SAMPLE SERVICES, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BALBOA CAPITAL CORPORATION,<br><br>Defendant. | Case No.: SACV 11-1578-JST(JPRx)<br>Hon. Josephine Staton Tucker<br><br>**DECLARATION OF AYTAN Y. BELLIN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: December 14, 2012<br>Time: 2:30 P.M.<br>Judge: Hon. Josephine Staton Tucker |

BELLIN DECLARATION

## DECLARATION OF AYTAN Y. BELLIN

1.  I am an attorney licensed to practice law in New York and New Jersey, am admitted *pro hac vice* to this Court and am the Managing Attorney of the law firm of Bellin & Associates LLC, one of the co-counsel for Plaintiffs Michael A. Vandervort and U.S. Samples, Services, Inc. ("Plaintiffs") in this action. I submit this declaration in support of Plaintiffs' and the class's motion for summary judgment. I have personal knowledge of the matters set forth in this declaration, and could and would testify competently to their truth and accuracy if called as a witness.

2.  The parties have engaged in extensive discovery in this action, including discovery from Profax, Inc., a nonparty that was Balboa's fax broadcaster. Both sides have propounded and responded to one another's document requests, interrogatories, and requests for admission. Plaintiffs have conducted seven depositions, including the depositions of senior employees of Balboa and a representative of Profax (and obtained Profax's documents by subpoena). Balboa took the deposition of Plaintiff Michael Vandervort in his individual capacity and as a representative of Plaintiff U.S. Sample Services, Inc.

3.  Attached as Exhibit 1 is a true and correct copy of Plaintiffs' First Amended Complaint in this action.

4.  Attached as Exhibit 2 is a true and correct copy of Balboa's Answer to Plaintiffs' First Amended Complaint.

5.  Attached as Exhibit 3 is a true and correct copy of Balboa Capital Corporation's Response to Plaintiffs' First Set of Interrogatories.

6   Attached as Exhibit 4 are true and correct copies of pages from the deposition of Andrew Barnett, with Exhibits 1, 2, 3 and 4.

7.  Attached as Exhibit 5 are true and correct copies of pages from the deposition of Patrick Eugene Byrne.

8.      Attached as Exhibit 6 are true and correct copies of pages from the deposition of Erica Inez Blundo.

9.      Attached as Exhibit 7 are true and correct copies of pages from the deposition of Jake Dacillo, with Exhibits A, B, C and D.

10.     Attached as Exhibit 8 are true and correct copies of pages from the deposition of Michael A. Vandervort, with Exhibits C and D.

11.     Attached as Exhibit 9 is a true and correct copy of the parties' Stipulation Concerning Certain Exhibits.

12.     Attached as Exhibit 10 is a true and correct copy of the Declaration of Michael A. Vandervort in support of Plaintiffs' motion for class certification.

13.     Attached as Exhibit 11 is a true and correct copy of the TCPA Reports' version of the state court decision in *G.M. Sign, Inc. v. 400 Freight Services, Inc.*, 2010 TCPA Rep. 1934 (Ill Cir. 2010).

14.     Attached as Exhibit 12 is a true and correct copy of the TCPA Reports' version of the state court decision in *Collins v. Lock and Keys of Woburn, Inc.*, 2009 TCPA Rep. 1936 (Mass. Super. 2009).

15.     Attached as Exhibit 13 is a true and correct copy of the FCC's Amicus Brief to the Eighth Circuit in *Nack v. Walburg*, No. 11-1460, dated February 24, 2012.

16.     Attached as Exhibit 14 is a true and correct copy of a certified copy of a 2010 Complaint filed in the Cuyahoga County Court of Common Pleas in 2010, with attachments.

17.     Attached as Exhibit 15 is a true and correct copy of this Court's October 23, 2012 order and decision partially granting Plaintiffs' motion for class certification in this action.

18.     Attached as Exhibit 16 is a true and correct copy of a chart I had prepared for me that summarizes, and is based exclusively on, all of the numerical

information on Profax's bills to Balboa that are part of Exhibit 4 to this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 16, 2012 in White Plains, New York.

/s/ Aytan Y. Bellin
_____
Aytan Y. Bellin