AYTAN Y. BELLIN
(admitted *pro hac vice*)
AYTAN.BELLIN@BELLINLAW.COM
BELLIN & ASSOCIATES LLC
85 Miles Avenue
White Plains, New York  10606
Telephone:  (914) 358-5345
Facsimile:   (212) 571-0284

JOSEPH R. COMPOLI, JR.
(admitted *pro hac vice*)
josephcompoli@sbcglobal.net
612 East 185th Street
Cleveland, Ohio  44119
Telephone:  (216) 481-6700
Facsimile:   (216) 481-1047

ROGER FURMAN (STATE BAR NO. 149570)
roger.furman@yahoo.com
7485 Henefer Avenue
Los Angeles, California  90045
Telephone:  (310) 568-0640
Facsimile:   (310) 694-9083

Attorneys for Plaintiffs Michael A. Vandervort and U.S. Sample Services, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL A. VANDERVORT and U.S. SAMPLE SERVICES, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BALBOA CAPITAL CORPORATION,<br><br>Defendant. | Case No.:  SACV 11-1578-JST(JPRx)<br>Hon. Josephine Staton Tucker<br><br>**[PROPOSED] JUDGMENT**<br><br>Date:  December 14, 2012<br>Time:  2:30 P.M.<br>Judge: Hon. Josephine Staton Tucker |

1  This action came on for hearing before the Court, Honorable Josephine
2  Staton Tucker presiding, on a Motion for Summary Judgment filed by Plaintiffs
3  Michael A. Vandervort and U.S. Sample Services, Inc. (collectively, "Plaintiffs")
4  and a class defined as:
5      All persons in the United States from October 12, 2007 through
6      November 23, 2011 to whom Defendant sent or caused to be sent a
7      solicited or unsolicited facsimile advertisement that advertised the
8      commercial availability or quality of any property, goods, or
9      services, and contained an opt-out notice identical or substantially
10     similar to that contained on the facsimile advertisement attached as
11     Exhibit 1 to the First Amended Complaint.
12 Defendant Balboa Capital Corporation ("Balboa") filed papers in
13 opposition to the Motion.
14     After considering all the papers, evidence and argument presented by
15 Plaintiffs and Balboa on this Motion, it is
16     ORDERED AND ADJUDGED that Plaintiffs and the class shall recover a
17 common fund from Balboa, for Plaintiffs' and the class's claims under the
18 Telephone Consumer Protection Act (the "TCPA"), in the amount of $500 for
19 each of the 1,582,707 fax advertisements Balboa caused to be sent to them ($500
20 times 1,582,707), and this Court enjoins Balboa from continuing to violate the
21 TCPA; and it is further
22     ORDERED AND ADJUDGED that Plaintiffs shall recover $500 from
23 Balboa for Balboa's violation of Cal. Bus. & Profs. Code § 17538.43(b), and this
24 Court enjoins Balboa from continuing to violate the Cal. Bus. & Profs. Code §
25 17538.43(b); and it is further
26     ORDERED AND ADJUDGED that within 60 days after entry of this order
27 and judgment class counsel shall file a motion requesting attorney's fees, costs and
28 an incentive payment for the class representatives; that Balboa shall have three

weeks thereafter to respond to said motion; and that Class counsel shall have two weeks thereafter to reply to any response; and it is further

ORDERED AND ADJUDGED that within 60 days after entry of this order and judgment, Balboa shall provide to the Court a form of class notice and a suggested plan concerning how to send such notice to class members informing them of this judgment, as well as any award of attorney's fees, costs and incentive payments to the Class representatives that this court shall determine, and the class member's opt-out rights.  In addition, Balboa shall provide the Court with a plan for distributing the common fund to the class after deduction of any award of attorneys' fees, costs and incentive payments to the Class representatives.

Dated:  December __, 2012

_____
United States District Judge

Respectfully submitted by

 /s/ Aytan Y. Bellin
AYTAN Y. BELLIN, ESQ.
BELLIN & ASSOCIATES

ROGER FURMAN, ESQ.

JOSEPH R. COMPOLI, JR., ESQ.

Attorneys for plaintiffs Michael A. Vandervort and U.S. Sample Services, Inc., on behalf of themselves and all others similarly situated

2
[PROPOSED] JUDGMENT