Nancy M. Barnes, Esq.
(*admitted pro hac vice*)
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Tel: (216) 566-5578; Fax: (216) 566-5800
E-mail: Nancy.Barnes@thompsonhine.com

Lance A. Brewer, Esq.  CBN 125759
BREWER & BREWER
4533 MacArthur Boulevard, Suite 707
Newport Beach, California 92660
Tel: (714) 424-6300; Fax: (714) 424-4313
E-mail: Lbrewer@brewer-brewer.com

Attorneys for Defendant
BALBOA CAPITAL CORPORATION

# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL A. VANDERVORT and U.S. SAMPLE SERVICES, INC., on behalf of themselves and all other similarly situated,<br><br>       Plaintiffs,<br>vs.<br><br>BALBOA CAPITAL CORPORATION,<br><br>       Defendant. | CASE NO. : SACV11-01578 JST(JPRx)<br><br>**DEFENDANT BALBOA CAPITAL CORPORATION'S NOTICE OF MOTION AND  MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  December 14, 2012<br>Time:  2:30 p.m.<br>Judge: Hon. Josephine Staton Tucker |

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on December 14, 2012, at 2:30 p.m. or as

soon thereafter as the matter may be heard, before the Honorable Josephine S.

Tucker, Courtroom 10A, United States District Court, 411 W. Fourth Street,

1

**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

#1053, Santa Ana, California, Defendant Balboa Capital Corporation ("Balboa") will and hereby does move the Court for an order granting summary judgment in Balboa's favor on each of Plaintiffs' individual and class action claims in their First Amended Complaint.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on November 7 and 8, 2012.  The Motion is made on the following grounds:  Plaintiffs' claims for violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, fail because the Opt-Out Notice on that the fax sent to Plaintiffs complied with the TCPA and additionally, certain class claims fail because the TCPA only applies to unsolicited faxes.  Plaintiffs' claim for violation of California Bus. & Prof. Code § 17538.43(b) fails because that statute applies only to intrastate faxes, and Plaintiffs did not receive the fax in California.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Separate Statement of Uncontroverted Facts, the papers on file on this action, any matter of which the Court may or must take judicial notice, any oral argument given at the hearing on the motion, and any other matter which the Court deems appropriate.

Dated:  November 16, 2012              THOMPSON HINE, LLP

**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

/s/ Nancy M. Barnes
NANCY M. BARNES
Attorney for Defendant
BALBOA CAPITAL CORPORATION

3

**PROOF OF SERVICE**

STATE OF OHIO, COUNTY OF CUYAHOGA

     I am employed in the aforesaid County, and State of Ohio; I am over the age of eighteen years and not a party to the within action; my business address is 3900 Key Center, 127 Public Square, Cleveland, Ohio  44114.

     On November 16, 2012, I served the following documents:

**DEFENDANT BALBOA CAPITAL CORPORATION'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

    __XX__   BY ELECTRONIC SERVICE:  by electronic filing with the Clerk of the Court using the CM/ECF System, which sends a Notice of Electronic Filing to all parties with an email address of record who have filed a Notice of Consent to Electronic Service in this action.

upon all interested parties as follows:

| | |
|---|---|
| Aytan Y. Bellin, Esq.<br>Bellin & Associates, LLC<br>85 Miles Avenue<br>White Plains, NY  10606 | Roger Furman, Esq.<br>7485 Henefer Avenue<br>Los Angeles, CA  90045 |
| Joseph Compoli, Esq.<br>612 East 185th Street<br>Cleveland, OH  44119 | Lance A. Brewer, Esq.<br>Brewer & Brewer<br>4533 MacArthur Boulevard<br>Suite 707<br>Newport Beach, CA  92660 |

     I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under the penalty of

4

**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 16, 2012, at Cleveland, Ohio.

By: *s/Nancy M. Barnes*
   Nancy M Barnes
   Declarant

11703475.1

**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**