Nancy M. Barnes, Esq.
(*admitted pro hac vice*)
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Tel: (216) 566-5578; Fax: (216) 566-5800
E-mail: Nancy.Barnes@thompsonhine.com

Lance A. Brewer, Esq.  CBN 125759
BREWER & BREWER
4533 MacArthur Boulevard, Suite 707
Newport Beach, California 92660
Tel: (714) 424-6300; Fax: (714) 424-4313
E-mail: Lbrewer@brewer-brewer.com

Attorneys for Defendant
BALBOA CAPITAL CORPORATION

# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL A. VANDERVORT and U.S. SAMPLE SERVICES, INC., on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>BALBOA CAPITAL CORPORATION,<br><br>Defendant. | CASE NO. : SACV11-01578 JST(JPRx)<br><br>**[PROPOSED] ORDER ON DEFENDANT BALBOA CAPITAL CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: December 14, 2012<br>Time: 2:30 p.m.<br>Judge: Hon. Josephine Staton Tucker |

The motion of Defendant Balboa Capital Corporation ("Balboa") for summary judgment came on for hearing before this Court, Honorable Josephine S. Tucker, District Court Judge presiding. The Court having considered the papers

submitted in support of and in opposition to the motion and the other papers and pleadings on file herein, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

Summary Judgment is granted with respect to each of Plaintiffs' individual and class action claims in their First Amended Complaint.  The undisputed evidence shows that Balboa did not violate the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, because the Opt-Out notice on the single fax Plaintiffs received complied with the TCPA's requirements.  Second, the undisputed evidence shows that Balboa did not violate California Bus. & Prof. Code § 17538.43(b) because neither Plaintiff Vandervort nor Plaintiff U.S. Sample Services, Inc. is a resident of California, and that statute applies only to *intrastate* faxes.

It is so ORDERED.


Dated: _____, 2012

_____
Hon. Josephine S. Tucker
United States District Court Judge