| | |
|---|---|
| 1 | AYTAN Y. BELLIN |
| 2 | (admitted *pro hac vice*)<br>AYTAN.BELLIN@BELLINLAW.COM |
| 3 | BELLIN & ASSOCIATES LLC<br>85 Miles Avenue |
| 4 | White Plains, New York  10606<br>Telephone:  (914) 358-5345 |
| 5 | Facsimile:   (212) 571-0284 |
| 6 | JOSEPH R. COMPOLI, JR.<br>(admitted *pro hac vice*) |
| 7 | josephcompoli@sbcglobal.net<br>612 East 185th Street |
| 8 | Cleveland, Ohio  44119<br>Telephone:  (216) 481-6700 |
| 9 | Facsimile:  (216) 481-1047 |
| 10 | ROGER FURMAN (STATE BAR NO. 149570)<br>roger.furman@yahoo.com |
| 11 | 7485 Henefer Avenue<br>Los Angeles, California  90045 |
| 12 | Telephone:  (310) 568-0640<br>Facsimile:  (310) 694-9083 |
| 13 | |
| 14 | Attorneys for Plaintiffs Michael<br>Vandervort and U.S. Sample Services, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL A. VANDERVORT and U.S. SAMPLE SERVICES, INC., on behalf of themselves and all others similarly situated, | ) ) ) ) ) | Case No.:  SACV 11-1578-JST(JPRx)<br>Hon. Josephine Staton Tucker |
| Plaintiffs, | ) ) | **NOTICE OF ERRATA RE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| vs. | ) ) | |
| BALBOA CAPITAL CORPORATION, | ) ) ) | Date: January 11, 2012<br>Time:  2:30 P.M.<br>Judge: Hon. Josephine Staton Tucker |
| Defendant. | ) | |

NOTICE OF ERRATA RE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

1  PLEASE TAKE NOTICE THAT within the summary judgment motion
2  that plaintiffs filed on Friday, November 16, 2012 (docket no. 65), one of
3  plaintiffs' exhibits – Exhibit 1 to the Bellin Decl., filed as document 65-4 – was
4  not the document that should have been filed (because it lacks a one-page internal
5  exhibit).  Accordingly, plaintiffs are today filing Amended Exhibit 1, which
6  should replace original Exhibit 1 in plaintiffs' summary judgment motion.
7  Dated:  November 20, 2012

/s/ Aytan Y. Bellin
AYTAN Y. BELLIN, ESQ.
BELLIN & ASSOCIATES

ROGER FURMAN, ESQ.

JOSEPH R. COMPOLI, JR., ESQ.

Attorneys for plaintiffs Michael A. Vandervort and U.S. Sample Services, Inc., on behalf of themselves and all others similarly situated