Nancy M. Barnes, Esq.
(*admitted pro hac vice*)
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Tel: (216) 566-5578; Fax: (216) 566-5800
E-mail: Nancy.Barnes@thompsonhine.com

Lance A. Brewer, Esq.  CBN 125759
BREWER & BREWER
4533 MacArthur Boulevard, Suite 707
Newport Beach, California 92660
Tel: (714) 424-6300; Fax: (714) 424-4313
E-mail: Lbrewer@brewer-brewer.com

Attorneys for Defendant
BALBOA CAPITAL CORPORATION

# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL A. VANDERVORT and U.S. SAMPLE SERVICES, INC., on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>BALBOA CAPITAL CORPORATION,<br><br>Defendant. | CASE NO. : SACV11-01578 JST(JPRx)<br><br>**DECLARATION OF NANCY M. BARNES IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

## DECLARATION OF NANCY M. BARNES

1.  I am an attorney licensed to practice law in the State of Ohio, and am admitted *pro hac vice* to this Court. I am a Partner at the law firm of Thompson Hine LLP, one of the co-counsel for Defendant Balboa Capital Corporation ("Balboa") in this case. I have personal knowledge of the matters set forth in this declaration, and could and would testify competently to

1
BARNES DECLARATION IN SUPPORT OF DEFENDANT'S OPPOSITION
TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

their truth and accuracy if called as a witness. I submit this declaration in support of Defendant's Opposition to Plaintiffs' Motion for Summary Judgment.

2. I regularly litigate cases in Ohio and have frequently litigated against and negotiated the settlement of individual TCPA claims with Joseph Compoli. In addition, Balboa resolved the prior TCPA complaint filed by Mr. Compoli on behalf of eight plaintiffs.

3. Attached as Exhibit 1 are true and correct copies of certain pages from the deposition of Andrew Barnett.

4. Attached as Exhibit 2 are true and correct copies of certain pages from the deposition of Erica Inez Blundo.

5. Attached as Exhibit 3 are true and correct copies of certain pages from the deposition of Patrick Byrne.

6. Attached as Exhibit 4 are true and correct copies of certain pages from the deposition of Jake Dacillo.

7. Attached as Exhibit 5 are true and correct copies of certain pages from the deposition of Daniel Horwich with Exhibit 3.

8. Attached as Exhibit 6 are true and correct copies of certain pages from the deposition of Peter Nguyen.

9. Attached as Exhibit 7 are true and correct copies of certain pages from the deposition of Jared Takeuchi.

10. Attached as Exhibit 8 are true and correct copies of certain pages from the deposition of Michael Vandervort.

11. Attached as Exhibit 9 is a true and correct copy of the Declaration of Patrick Byrne in support of Defendant's Motion for Summary Judgment with Exhibit A.

2
BARNES DECLARATION IN SUPPORT OF DEFENDANT'S OPPOSITION
TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

12. Attached as Exhibit 10 are true and correct copies of the declarations from the following individuals, each of whom is an employee of Balboa:

    a. Dennis Odiorne
    b. David Michael Van Patten
    c. Anthony Stein
    d. James Curran
    e. Randy Kilpatrick
    f. Jerry M. Harne
    g. Kirsten Merza
    h. Jeremiah W. Shuyler
    i. Mark A. Kelly
    j. Carla M. Freberg
    k. David White
    l. Donald F. Hansen, Jr.
    m. Ryan Little
    n. Gregg F. Fiorentino
    o. Patrick Ontal
    p. Tyler Corry
    q. Jory Hopkins

13. Attached hereto as Exhibit 11 are true and correct copies of declarations from the following individuals, each of whom is a customer or active prospect of Balboa:

    a. Grace Lee
    b. Harris Rosnow Endeavors dba: Ladies Workout Express
    c. Howard Day
    d. Jerry Leppell
    e. Groveland Acres, LLC
    f. Team O'Neil LLC
    g. Team Acme, Inc.
    h. John Butler Sr.
    i. Ryan Elsner
    j. Joe Incardona
    k. Colin Gibb
    l. Phillip Schonaerts
    m. Teri Tharp

14. Attached hereto as Exhibit 12 is a true and correct copy of Plaintiffs' Responses to Defendant's First Set of Requests for Admission.

15. Attached as Exhibit 13 is a true and correct copy of a document entitled "Fax

3
**BARNES DECLARATION IN SUPPORT OF DEFENDANT'S OPPOSITION
TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Advertising: What You Need to Know," which is available on the Federal Communication Commission's website at: http://transition.fcc.gov/cgb/consumerfacts/unwantedfaxes.pdf.

16. Attached as Exhibit 14 is a true and correct copy of the Declaration of Patrick Byrne in support of Defendant's Opposition to Plaintiffs' Motion for Summary Judgment.

17. Attached as Exhibit 15 is a true and correct copy of the June 7, 2005 Report of the United State Senate Committee on Commerce, Science, and Transportation on the Junk Fax Prevention Act of 2005 ("Senate Report 109-76"), which is available at United States Government Printing Office website at: http://www.gpo.gov/fdsys/pkg/CRPT-109srpt76/pdf/CRPT-109srpt76.pdf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 21, 2012 in Cleveland, Ohio.

_____
Nancy M. Barnes

Case 8:11-cv-01578-JLS-JPR   Document 74-2   Filed 12/21/12   Page 5 of 5   Page ID #:3737

# PROOF OF SERVICE

STATE OF OHIO, COUNTY OF CUYAHOGA

I am a resident of and am employed in the aforesaid County, and State of Ohio; I am over the age of eighteen years and not a party to the within action; my business address is 3900 Key Center, 127 Public Square, Cleveland, Ohio 44114.

On December 21, 2012, I served the following document:

**DECLARATION OF NANCY M. BARNES IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

upon all interested parties as follows:

__XX__ BY ELECTRONIC SERVICE: by electronic filing with the Clerk of the Court using the CM/ECF System, which sends a Notice of Electronic Filing to all parties with an email address of record who have filed a Notice of Consent to Electronic Service in this action.

| | |
|---|---|
| Aytan Y. Bellin, Esq.<br>Bellin & Associates, LLC<br>85 Miles Avenue<br>White Plains, NY 10606 | Roger Furman, Esq.<br>7485 Henefer Avenue<br>Los Angeles, CA 90045 |
| Joseph Compoli, Esq.<br>612 East 185th Street<br>Cleveland, OH 44119 | Lance A. Brewer, Esq.<br>Brewer & Brewer<br>4533 MacArthur Boulevard<br>Suite 707<br>Newport Beach, CA 92660 |

I hereby certify that I am a member of the Bar of this Court at whose direction the service was made. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 21, 2012, at Cleveland, Ohio.

By: ___*s/Nancy M. Barnes*___
      Nancy M Barnes
      Declarant