Nancy M. Barnes, Esq.
(*admitted pro hac vice*)
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Tel: (216) 566-5578; Fax: (216) 566-5800
E-mail: Nancy.Barnes@thompsonhine.com

Lance A. Brewer, Esq.  CBN 125759
BREWER & BREWER
4533 MacArthur Boulevard, Suite 707
Newport Beach, California 92660
Tel: (714) 424-6300; Fax: (714) 424-4313
E-mail: Lbrewer@brewer-brewer.com

Attorneys for Defendant
BALBOA CAPITAL CORPORATION

# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL A. VANDERVORT and U.S. SAMPLE SERVICES, INC., on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>BALBOA CAPITAL CORPORATION,<br><br>Defendant. | CASE NO. : SACV11-01578 JST(JPRx)<br><br>**DECLARATION OF NANCY M. BARNES IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

## REPLY DECLARATION OF NANCY M. BARNES

1. I am an attorney licensed to practice law in the State of Ohio, and am admitted *pro hac vice* to this Court. I am a Partner at the law firm of Thompson Hine LLP, one of the co-counsel for Defendant Balboa Capital Corporation ("Balboa") in this case. I have personal knowledge of the matters set forth in this declaration, and could and would testify competently to

1

their truth and accuracy if called as a witness. I submit this declaration in support of Defendant's Reply in Support of Its Motion for Summary Judgment.

2. I regularly litigate cases in Ohio and have frequently litigated against and negotiated the settlement of individual TCPA claims with Joseph Compoli. In addition, Balboa resolved the prior TCPA complaint filed by Mr. Compoli on behalf of eight plaintiffs.

3. I am familiar with the fax which is attached as Exhibit 1 to Plaintiffs' Complaint in this matter and on which Plaintiffs' base their claims in this matter (the "Fax"). The Fax contains an opt-out notice below the body of the Fax. Based on my review of the Fax, I have determined that the notice appears immediately below the border surrounding the body of the fax, uses a font size and type similar to that in the body of the fax, and is not obstructed by any other text or graphics.

4. Attached as Exhibit 1 are true and correct copies of certain pages from the deposition of Andrew Barnett. Additional pages from the deposition of Andrew Barnett are attached as Exhibit 1 to my Declaration in Support of Defendant's Motion for Summary Judgment.

5. Attached as Exhibit 2 are true and correct copies of certain pages from the deposition of Michael Vandervort. Additional pages from the deposition of Michael Vandervort are attached as Exhibit 8 to my Declaration in Support of Defendant's Motion for Summary Judgment.

6. Attached as Exhibit 3 is a true and correct copy of the Declaration of Patrick Byrne in Support of Defendant's Motion for Summary Judgment with Exhibit A. The same Declaration was attached to my Declaration in Support of Defendant's Motion for Summary Judgment, but the Exhibit inadvertently was not attached. The Declaration with the Exhibit was

1 | attached to my Declaration in Opposition to Plaintiffs' Motion for Summary Judgment.

2

3 | I declare under penalty of perjury under the laws of the United States of America that the
4 | foregoing is true and correct.

5 | Executed on December 28, 2012 in Cleveland, Ohio.

_____
Nancy M. Barnes

# PROOF OF SERVICE

STATE OF OHIO, COUNTY OF CUYAHOGA

I am a resident of and am employed in the aforesaid County, and State of Ohio; I am over the age of eighteen years and not a party to the within action; my business address is 3900 Key Center, 127 Public Square, Cleveland, Ohio 44114.

On December 28, 2012, I served the following document:

**DECLARATION OF NANCY M. BARNES IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

upon all interested parties as follows:

__XX__ BY ELECTRONIC SERVICE: by electronic filing with the Clerk of the Court using the CM/ECF System, which sends a Notice of Electronic Filing to all parties with an email address of record who have filed a Notice of Consent to Electronic Service in this action.

| | |
|---|---|
| Aytan Y. Bellin, Esq.<br>Bellin & Associates, LLC<br>85 Miles Avenue<br>White Plains, NY 10606 | Roger Furman, Esq.<br>7485 Henefer Avenue<br>Los Angeles, CA 90045 |
| Joseph Compoli, Esq.<br>612 East 185th Street<br>Cleveland, OH 44119 | Lance A. Brewer, Esq.<br>Brewer & Brewer<br>4533 MacArthur Boulevard<br>Suite 707<br>Newport Beach, CA 92660 |

I hereby certify that I am a member of the Bar of this Court at whose direction the service was made. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 28, 2012, at Cleveland, Ohio.

By: _____*s/Nancy M. Barnes*_____
Nancy M Barnes
Declarant