# EXHIBIT 1

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISIONn

-----------------------------------)
MICHAEL A. VANDERVORT and
U.S. SAMPLE SERVICES INC.,          )
on behalf of themselves and
others similarly situated           ) Case No.:SACV
                                      11-1578-JST(JPRx)
            Plaintiffs,             ) Hon. Josephine
                                      Staton Tucker
      vs.                           )

BALBOA CAPITAL                      )
CORPORATION,
                                    )
            Defendant.
-----------------------------------)

TELEPHONIC DEPOSITION OF ANDREW BARNETT, a

non-party witness, pursuant to Subpoena, held at

Bellin & Associates, 18 East 48th Street, 8th Floor,

New York, New York 10017, on August 15, 2012,

at 10:00, before Stephen Sohmer, a court reporter and

Notary Public.

Page 116

2   A.   Yes.

3   Q.   Then if you look further down on
4   the invoice, under "Delivery" on the invoice,
5   there is a subsection that says, "Total fax
6   destination per page," and the quantity is
7   "30,951." So it's two pages more than the sent
8   number.

9        Do you have an explanation as to
10  why those two numbers would be different?

11  A.   Yes.

12  Q.   What would that be?

13  A.   The system received information
14  back that two pages were not potentially
15  delivered in their entirety, so it sent those
16  two pages again.

17  Q.   Okay. Gotcha.

18       MS. BARNES: Sorry, looking
19       through my notes. I'm almost finished.
20       Those are all my questions.
21       MR. BELLIN: Thank you.

22  EXAMINATION (CONT'D)
23  BY MR. BELLIN:

24  Q.   Mr. Barnett, I believe you
25  testified that the language of the opt out

Page 117

2   notice evolved over time. Please explain what
3   you meant by that.
4       A.   With specific FCC rule changes,
5   there may have been an evolution in the
6   language used as an opt out notice.
7       Q.   When you say "there may have
8   been," do you actually know there was an
9   evolution been?
10      A.   I recall there was, but I can't
11  recall the specifics.
12      Q.   Do you recall when the opt out
13  notice evolved?
14      A.   I believe when the FCC made rule
15  changes in 2006. I can't recall the exact
16  date.
17      Q.   Your testimony is that the opt out
18  notice, you believe, was changed in 2006?
19      A.   I believe it changed when the rule
20  change was made by the FCC. I don't know what
21  year that was.
22      Q.   When the rule changed, you are
23  talking about the one that had to do with the
24  opt out notice; correct?
25      A.   I would assume so.

Page 118

2    Q.    Do you know, after that rule
3    change through 2011, whether the opt out notice
4    that you guys would give to clients changed?
5    A.    I can't remember.
6         MR. BELLIN:  Just one more second.
7         No more questions.
8         MS. BARNES:  I am sorry, I have
9    one follow-up.  This is always a problem
10   with lawyers.
11   EXAMINATION (CONT'D)
12   BY MS. BARNES:
13   Q.    Take a look at Barnett Exhibit 5.
14   We talked about the opt out language at the
15   bottom of that exhibit which carries the Bates
16   No. PL 447.
17   A.    Yes.
18   Q.    I just want to make sure that I
19   understand your testimony.  Is it your
20   testimony that the language that is at the
21   bottom of that particular section, do you know
22   whether that identical opt out language was
23   used on all facsimiles that were transmitted by
24   Balboa through PROFAX?
25   A.    No.

Page 119

```
 2        Q.    Do you know if that is the opt out
 3   language that was used by all customers who
 4   chose to use language that was provided by
 5   PROFAX between 2007 and 2011?
 6        A.    No.
 7              MS. BARNES:  That's all I have.
 8              MR. BELLIN:  I am sorry.
 9   EXAMINATION (CONT'D)
10   BY MR. BELLIN:
11        Q.    When you say that no, do you know
12   whether -- do you have knowledge as to
13   whether -- either way as to whether this
14   language was used by Balboa?
15        A.    Can you be more specific?
16        Q.    Do you have any knowledge as to
17   what language Balboa -- withdrawn.
18              Do you have any knowledge as to
19   what opt out language was on Balboa's faxes
20   sent to your company from 2007 to 2011?
21        A.    Only what you gave me as Exhibit
22   5.
23        Q.    Other than that, do you have
24   knowledge of any other opt out notice ever used
25   by Balboa?
```

```
Page 120
 2        A.    No.
 3              MR. BELLIN:  That's all.
 4              (Discussion off the record.)
 5              MR. BELLIN:  We will get the
 6        transcript to the witness, and he will
 7        have until the 4th of September to make
 8        any revisions.
 9              THE WITNESS:  I do have a question
10        on the record.  Can someone advise me in
11        terms of changes I am allowed to make or
12        not make?
13              MR. BELLIN:  You have to consult
14        with an attorney about that.
15              MS. BARNES:  You want to make it
16        clear on the record, Andrew, that you are
17        not waiving your right to review and
18        revise what has been said.
19              THE WITNESS:  That's correct.
20              MS. BARNES:  Thank you.  Have a
21        nice weekend, all.
22              (Time noted:  12:47 p.m.)
23
24
25
```

Page 123

2           C E R T I F I C A T E

3

4    STATE OF NEW YORK       )
                             ) Ss. :
5    COUNTY OF NEW YORK      )

6

7           I, STEPHEN SOHMER, a reporter

8    and Notary Public within and for the State of

9    New York, do hereby certify:

10          That ANDREW BARNETT, the witness whose

11   deposition is hereinbefore set forth,

12   was duly sworn by me and that such deposition

13   is a true record of the testimony given by

14   such witness.

15          I further certify that I am not

16   related to any of the parties to this action

17   by blood or marriage, and that I am in no way

18   interested in the outcome of this matter.

19          IN WITNESS WHEREOF, I have hereunto

20   set my hand on this 22nd day of August, 2012.

21

22

23                    _____
                              STEPHEN SOHMER
24

25