NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL A. VANDERVORT and U.S. SAMPLE SERVICES, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BALBOA CAPITAL CORPORATION,<br><br>Defendant. | Case No.: SACV 11-1578-JST(JPRx)<br>Hon. Josephine Staton Tucker<br><br>**ORDER**<br><br>Date: September 13, 2013<br>Time: 2:30 P.M.<br>Judge: Hon. Josephine Staton Tucker |

ORDER ON JOINT APPLICATION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

This action came before the Court, Honorable Josephine Staton Tucker presiding, on the Joint Application for Extension of Time to File Motion for Preliminary Approval of Class Settlement of Plaintiffs Michael A. Vandervort and U.S. Sample Services, Inc., individually and on behalf of a class of all others similarly situated, and Defendant Balboa Capital Corporation, for a two-week extension of the date for Plaintiffs to file a Motion for Preliminary Approval of Class Settlement.   After considering all the papers presented by the parties, it is hereby ORDERED that:

The JOINT APPLICATION is GRANTED and Plaintiffs have until August 16, 2013 to file their Motion for Preliminary Approval of Class Settlement.

The Court notes that the parties failed to review and adhere to this Court's Initial Standing Order, which states in paragraph 4, "Counsel should avoid submitting requests for continuance less than at least five (5) court days prior to the expiration of the scheduled date."  Here, the parties filed their stipulation and request on the day the Motion was due, and failed to provide any reason for not apprising the Court earlier.  Any future non-compliance with this Court's orders may result in a denial of the requested relief.

Dated:  August 5, 2013

_____
Josephine Staton Tucker
United States District Judge

ORDER ON JOINT APPLICATION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT