1  AYTAN Y. BELLIN
   (admitted *pro hac vice*)
   AYTAN.BELLIN@BELLINLAW.COM
2  BELLIN & ASSOCIATES LLC
   85 Miles Avenue
3  White Plains, New York  10606
   Telephone:  (914) 358-5345
4  Facsimile:  (212) 571-0284

5  JOSEPH R. COMPOLI, JR.
   (admitted *pro hac vice*)
6  josephcompoli@sbcglobal.net
   612 East 185th Street
7  Cleveland, Ohio  44119
   Telephone:  (216) 481-6700
8  Facsimile:  (216) 481-1047

9  ROGER FURMAN (STATE BAR NO. 149570)
   roger.furman@yahoo.com
10 7485 Henefer Avenue
   Los Angeles, California  90045
11 Telephone:  (310) 568-0640
   Facsimile:  (310) 694-9083
12

13 Attorneys for Plaintiffs Michael
   Vandervort and U.S. Sample Services, Inc.
14

15              UNITED STATES DISTRICT COURT

16     CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

17

18 MICHAEL A. VANDERVORT and )   Case No.:  SACV 11-1578-JLS(JPRx)
   U.S. SAMPLE SERVICES, INC., on )   Hon. Josephine L. Staton
   behalf of themselves and all others )
19 similarly situated,            )   **PLAINTIFFS' NOTICE OF
                                  )   MOTION FOR FINAL APPROVAL
20            Plaintiffs,          )   OF CLASS SETTLEMENT**
                                  )
21                                )   Date:  March 21, 2014
                                  )   Time:  2:30 p.m.
22       vs.                       )   Judge: Hon. Josephine L. Staton
                                  )
23 BALBOA CAPITAL                  )
   CORPORATION,                    )
24                                )
                                  )
25            Defendant.           )
                                  )
26                                )
                                  )
27                                )
                                  )
28                                )
                                  )

─────────────────────────────────────────────────
PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT on Friday, March 21, 2014, at 2:30 p.m.,

3  or as soon thereafter as counsel may be heard, plaintiffs Michael A. Vandervort,

4  and U.S. Sample Services, Inc. ("Plaintiffs") will move, pursuant to Fed. R. Civ.

5  P. 23(e), 23(h) and 54(d), for an Order (1) finally approving the parties'

6  settlement that was preliminarily approved on November 20, 2013 (docket no.

7  117), and (2) granting class counsels' application for attorneys' fees and costs.

8  As detailed in the Court's November 20, 2013 preliminary approval Order,

9  the parties' settlement requires that defendant Balboa Capital Corporation

10  ("Balboa") pay a minimum of $2.3 million and a maximum of $3.3 million into a

11  settlement fund.  Payments will be distributed from the fund to class members

12  who make valid claims pursuant to the settlement.   Generally, claimants who can

13  produce fax ads they received from Balboa during the relevant period will receive

14  $500 per fax ad, while claimants who cannot produce such fax ads but can aver

15  that they received them will receive from $175 for one to $275 for five or more

16  fax ads they aver they received.  These amounts may be decreased or increased,

17  and are subject in some circumstances to a $7,500 maximum per claimant,

18  depending on the total amounts claimed from the settlement fund.  From that

19  fund, Balboa also will pay an incentive award to the two named Plaintiffs of

20  $10,000 total, and further will pay class counsels' attorneys' fees and costs in an

21  amount to be determined by this Court.

22  On this motion, Plaintiffs seek final approval of that settlement, as well as

23  an award of attorneys' fees and costs in the amount of $1.1 million, which award

24  Balboa has agreed not to oppose.  This settlement is fair, adequate and reasonable

25  as required by Fed. R. Civ. P. 23(e) & (h).

26  This motion is made following the conference of counsel pursuant to L.R.

27  7-3, which took place on January 10, 2014.  Counsel for Balboa has indicated

28  that, while Balboa does not agree with certain statements contained in Plaintiffs'

1  memorandum in support of this motion, Balboa has no opposition to the relief

2  sought on this motion.

3       Plaintiffs base this motion upon this notice of motion, the accompanying

4  memorandum of points and authorities, the declarations of Aytan Y. Bellin,

5  Roger Furman, Joseph R. Compoli, Jr. and L. Stevens Tilghman, the exhibits

6  attached thereto, and the pleadings and other records on file in this action and any

7  additional matter this Court may consider.

8  Dated:  January 20, 2014

9

10            ___/s/ Aytan Y. Bellin_____
            AYTAN Y. BELLIN, ESQ.
11          BELLIN & ASSOCIATES

12          ROGER FURMAN, ESQ.

13          JOSEPH R. COMPOLI, JR., ESQ.

14          Attorneys for plaintiffs Michael A.
            Vandervort and U.S. Sample
15          Services, Inc., on behalf of
            themselves and all others similarly
16          situated

17

18

19

20

21

22

23

24

25

26

27

28